No. 475. PYMAN STEAMSHIP COMPANY, LIMITED, PETITIONER, *v.* MEXICAN CENTRAL RAILWAY COMPANY, LIMITED. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* for petitioner. *Mr. Joseph H. Choate, Jr.,* for respondent.

---

No. 476. AMERICAN MANUFACTURING COMPANY, PETITIONER, *v.* THE STEAMSHIP WILDENFELS, ETC., ET AL. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick M. Brown* for petitioner. *Mr. James J. Macklin* and *Mr. de Lagnel Berier* for respondents.

---

No. 477. CHARLES F. HARRIS, LATE OWNER OF THE STEAM TUG DE VEAUX POWEL, PETITIONER, *v.* THE FERRYBOAT LACKAWANNA, ETC., THE HOBOKEN FERRY COMPANY, CLAIMANT. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick M. Brown* for petitioner. *Mr. James J. Macklin* and *Mr. de Lagnel Berier* for respondent.